# EXHIBIT B

STATE OF INDIANA    )              IN THE MARION SUPERIOR COURT
                        ) SS:
COUNTY OF MARION   )            CAUSE NO.

DOUGLAS IVY

       VS.

FRANKLIN CODERO and
AAUSTIN EXPRESS-OHIO, INC.

## COMPLAINT FOR DAMAGES

        Comes now the plaintiff, Douglas Ivy, by counsel, Ken Nunn Law Office, and for cause of action against the defendants, Franklin Codero and Aaustin Express-Ohio, Inc., alleges and says:

       1.      That on or about August 14, 2019, the defendant, Franklin Codero, negligently backed a vehicle into a vehicle in which the plaintiff, Douglas Ivy, was a passenger.

       2.      That said collision occurred within the boundaries of Marion County, State of Indiana.

       3.      That the defendant, Franklin Codero, was operating said vehicle while in the course of his employment for the defendant, Aaustin Express-Ohio, Inc.

       4.      That the defendant, Aaustin Express-Ohio, Inc., is liable for damages to plaintiff for all negligent acts committed by its employee, Franklin Codero, in the course of his employment.

       5.      That the plaintiff received permanent injuries as a result of the defendants' negligence.

       6.      That the plaintiff has incurred medical expenses and other special expenses in an amount to be proven at the trial of this cause, and will incur future medical expenses, lost wages, and other special expenses, as a direct and proximate result of defendants' negligence.

       WHEREFORE, the plaintiff demands judgment against the defendants for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages, and other special expenses, court costs, and all other proper relief in the premises.

–2–

KEN NUNN LAW OFFICE


BY:   *s/ Nathan D. Foushee*_____
          Nathan D. Foushee, #24885-49
          KEN NUNN LAW OFFICE
          104 South Franklin Road
          Bloomington, IN  47404
          Phone: (812) 332-9451
          Fax: (812) 331-5321
          E-mail: nathanf@kennunn.com


**<u>REQUEST FOR TRIAL BY JURY</u>**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:   *s/ Nathan D. Foushee*_____
          Nathan D. Foushee, #24885-49
          KEN NUNN LAW OFFICE
          104 South Franklin Road
          Bloomington, IN  47404
          Phone: (812) 332-9451
          Fax: (812) 331-5321
          E-mail: nathanf@kennunn.com


Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

## APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Douglas Ivy<br>5123 Thrush Drive<br>Indianapolis, IN  46224 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Nathan D. Foushee #24885-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:            812 331-5321<br>Email:  nathanf@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

  s/Nathan D. Foushee
_____
Attorney-at-Law
(Attorney information shown above.)

Case 1:20-cv-03305-SEB-DLP   Document 1-2  Filed 10/30/20   Page 5 of 23 PageID #: 11

49D07-2010-CT-038335
Marion Superior Court, Civil Division 7

Filed: 10/28/2020 7:14 PM
Clerk
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Douglas Ivy

Plaintiff(s)

VS.                                                          No. _____

Franklin Codero and Aaustin Express-Ohio, LLC

Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Franklin Codero, 19150 Tomlinson Road, Carmel, IN 46032**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 10/29/2020

*Myla A. Eldridge*
CLERK, MARION CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:    *s/ NATHAN D. FOUSHEE*_____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a p erson of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____an d by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Douglas Ivy

                    Plaintiff(s)

              VS.                                No. _____

Franklin Codero and Aaustin Express-Ohio, LLC

                    Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Aaustin Express-Ohio, Inc., c/o Christ Barstow, 19801 Holland Road, Brook Park, OH 44142**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 10/29/2020
_____

_____
*Myla A. Eldridge*
CLERK, MARION CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:    *s/ NATHAN D. FOUSHEE* _____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1.   By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2.   By delivering a copy of summons and complaint personally to _____.
3.   By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____his last known address.
4.   By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5.   Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1.   By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2.   By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.   _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).
All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

**UNITED STATES**
**POSTAL SERVICE**™

Mailer: Ken Nunn Law Office

Date Produced: 11/09/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8324 2216 95. Our records indicate that this item was delivered on 11/06/2020 at 10:24 a.m. in BROOKPARK, OH 44142. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :        **19801 HOLLAND RD**
                              **BROOKPARK, OH 44142**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

AAUSTIN EXPRESS-OHIO INC  C/O CHRIST BARSTOW
19801 HOLLAND RD
BROOK PARK OH 44142-1339

Customer Reference Number:        C2351818.13392585

Return Reference Number:          D. Ivy

USPS MAIL PIECE TRACKING NUMBER:  42044142921489019403832421695
MAILING DATE:     11/02/2020
DELIVERED DATE:   11/06/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

AAUSTIN EXPRESS-OHIO INC  C/O CHRIST BARSTOW
19801 HOLLAND RD
BROOK PARK OH 44142-1339


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
| --- | --- | --- |
| 11/02/2020 14:47 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 11/03/2020 14:50 | PICKED UP | BLOOMINGTON,IN 47403 |
| 11/03/2020 17:14 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 11/03/2020 23:18 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 11/05/2020 11:25 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 11/06/2020 02:05 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 11/06/2020 08:03 | ARRIVAL AT UNIT | CLEVELAND,OH 44130 |
| 11/06/2020 08:14 | OUT FOR DELIVERY | BROOKPARK,OH 44142 |
| 11/06/2020 10:24 | DELIVERED FRONT DESK/RECEPTION/MAIL ROOM | BROOKPARK,OH 44142 |

Mailer: Ken Nunn Law Office

Date Produced: 11/09/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8324 2217 87. Our records indicate that this item was delivered on 11/05/2020 at 02:04 p.m. in WESTFIELD, IN 46074. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

FRANKLIN CODERO
19150 TOMLINSON RD
CARMEL IN 46074-9327

| | |
|---|---|
| Customer Reference Number: | C2351818.13392586 |
| Return Reference Number: | D. Ivy |

2

USPS MAIL PIECE TRACKING NUMBER:  420460749214890194038324221787

MAILING DATE:     11/02/2020
DELIVERED DATE:   11/05/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

   FRANKLIN CODERO
   19150 TOMLINSON RD
   CARMEL IN 46074-9327


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 11/02/2020 14:47 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 11/03/2020 14:50 | PICKED UP | BLOOMINGTON,IN 47403 |
| 11/03/2020 17:14 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 11/05/2020 09:13 | ARRIVAL AT UNIT | WESTFIELD,IN 46074 |
| 11/05/2020 09:24 | OUT FOR DELIVERY | WESTFIELD,IN 46074 |
| 11/05/2020 14:04 | DELIVERED LEFT WITH INDIVIDUAL | WESTFIELD,IN 46074 |

STATE OF INDIANA    )
                        ) SS:
COUNTY OF MARION    )

MARION SUPERIOR COURT 7

CAUSEN NO.: 49D07-2010-CT-038335

|  |  |
|---|---|
| DOUGLAS IVY, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| FRANKLIN CODERO and | ) |
| AAUSTIN EXPRESS-OHIO, INC., | ) |
|  | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   **Defendant**

     1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

**Aaustin Express-Ohio, Inc.**

     2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Christopher R. Whitten, Attorney No.  20429-49
Matthew K. Phillips, Attorney No.  28724-49
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
(317) 362-0225 Telephone
(317) 362-0151 Facsimile
cwhitten@indycounsel.com
mphillips@indycounsel.com

     3.    There are other party members:  No.

     4.    If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

     5.    I will accept service by FAX at the above noted number:  No.

     6.    This case involves support issues. No.  (If yes, supply social security number for all family members).

7.     There are related cases:  No.

8.     This form has been served on all other parties.  Certificate of Service is attached:  Yes.

9.     Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

*s/Christopher R. Whitten*
Christopher R. Whitten/20429-49

*s/Matthew K. Phillips*
Matthew K. Phillips/28724-49
*Counsel for Defendant,*
*Aaustin Express-Ohio, Inc.*

## CERTIFICATE OF SERVICE

On November 30, 2020, I electronically filed and served the foregoing document through the Indiana ECF system:

Nathan D. Foushee, Esq.
KEN NUNN LAW OFFICE
NathanF@KenNunn.com

*s/Christopher R. Whitten*
Christopher R. Whitten

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:    317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

STATE OF INDIANA )   MARION SUPERIOR COURT 7
) SS:
COUNTY OF MARION )   CAUSEN NO.: 49D07-2010-CT-038335

DOUGLAS IVY, )
)
               Plaintiff, )
)
     vs. )
)
FRANKLIN CODERO and )
AAUSTIN EXPRESS-OHIO, INC., )
)
             Defendants. )

## MOTION FOR ENLARGEMENT OF TIME

Defendant, Aaustin Express-Ohio, Inc. ("Defendant"), by counsel, respectfully requests the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Douglas Ivy, and in support thereof, states as follows:

1. According to the Court's online docket, on or about November 6, 2020, Defendant, Aaustin Express-Ohio, Inc., was served with a copy of the Summons and Complaint via certified mail.

2. The time for Defendant to respond to Plaintiff's Complaint has not yet expired.

3. Counsel for Defendant requires additional time to confer with his client and to prepare an appropriate response to the Complaint.

4. No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendant, Aaustin Express-Ohio, Inc., by counsel, respectfully requests the Court for an enlargement of time of 30 days up to and

including December 28, 2020, in which to respond to the Complaint and for all

other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

*s/Christopher R. Whitten*
Christopher R. Whitten/20429-49

*s/Matthew K. Phillips*
Matthew K. Phillips/28724-49
*Counsel for Defendant,*
*Aaustin Express-Ohio, Inc.*

## CERTIFICATE OF SERVICE

On November 30, 2020, I electronically filed and served the foregoing document through the Indiana ECF system:

Nathan D. Foushee, Esq.
KEN NUNN LAW OFFICE
NathanF@KenNunn.com

*s/Christopher R. Whitten*
Christopher R. Whitten

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

F I L E D
November 30, 2020
CLERK OF THE COURT
MARION COUNTY
MF

| STATE OF INDIANA | ) | | MARION SUPERIOR COURT 7 |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF MARION | ) | | CAUSEN NO.: 49D07-2010-CT-038335 |

DOUGLAS IVY,                          )
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )
                                     )
FRANKLIN CODERO and                  )
AAUSTIN EXPRESS-OHIO, INC.,          )
                                     )
                    Defendants.      )

### ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendant's Motion for Enlargement of Time to Answer Complaint.  The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendant, Aaustin Express-Ohio, Inc., shall have up to and including December 28, 2020, in which to respond to Plaintiff's Complaint.

**November 30, 2020**
Date:_____                    _____
                                           Judge, Marion Superior Court 7

Copies to:
 Nathan D. Foushee, Esq.                  Christopher R. Whitten, Esq.
 KEN NUNN LAW OFFICE                      Matthew K. Phillips, Esq.
 NathanF@KenNunn.com                      WHITTEN LAW OFFICE
                                          cwhitten@indycounsel.com
                                          mphillips@indycounsel.com

| STATE OF INDIANA | ) | | MARION SUPERIOR COURT 7 |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF MARION | ) | | CAUSEN NO.: 49D07-2010-CT-038335 |

DOUGLAS IVY,                             )
                                                    )
                          Plaintiff,        )
                                                    )
          vs.                                   )
                                                    )
FRANKLIN CODERO and           )
AAUSTIN EXPRESS-OHIO, INC.,  )
                                                    )
                          Defendants.     )

## **NOTICE**

Defendant, AAUSTIN EXPRESS-OHIO, INC., by counsel, hereby notifies the Court and Plaintiff as follows:

On April 29, 2020, Franklin Cordero, passed away. Undersigned counsel is unaware of any estate being opened in relation to Mr. Cordero's death.

Respectfully submitted,

WHITTEN LAW OFFICE

*s/Christopher R. Whitten*

Christopher R. Whitten/20429-49
Matthew K. Phillips/28724-49
*Counsel for Defendant,*
*Aaustin Express-Ohio, Inc.*

## CERTIFICATE OF SERVICE

On December 7, 2020, I electronically filed and served the foregoing document through the Indiana ECF system:

Nathan D. Foushee, Esq.
KEN NUNN LAW OFFICE
NathanF@KenNunn.com

*s/Christopher R. Whitten*
Christopher R. Whitten

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:    317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

| STATE OF INDIANA | ) | | MARION SUPERIOR COURT 7 |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF MARION | ) | | CAUSEN NO.: 49D07-2010-CT-038335 |

DOUGLAS IVY, )
)
           Plaintiff, )
)
  vs. )
)
FRANKLIN CODERO and )
AAUSTIN EXPRESS-OHIO, INC., )
)
          Defendants. )

### DEFENDANT AAUSTIN EXPRESS-OHIO, LLC'S ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR TRIAL BY JURY

Defendant AAUSTIN EXPRESS-OHIO, LLC (incorrectly identified as AAUSTIN EXPRESS-OHIO, INC.) (hereafter "Aaustin"), by counsel, and for its Answer to Plaintiff's Complaint for Damages and its Statement of Defenses, states as follows:

### ANSWER

1. That on or about August 14, 2019, the defendant, Franklin Codero, negligently backed a vehicle into a vehicle in which the plaintiff, Douglas Ivy, was a passenger.

**ANSWER:** Aaustin admits that Franklin Codero was involved in a motor vehicle accident with a vehicle driven by Kris Stevens on August 14, 2019. Aaustin denies that Codero was negligent. Aaustin lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 of Plaintiff's Complaint for Damages, and therefore denies those allegations.

2.  That said collision occurred within the boundaries of Marion County, State of Indiana.

**ANSWER:** Aaustin admits the allegations contained in Paragraph 2 of Plaintiff's Complaint for Damages.

3.  That the defendant, Franklin Codero, was operating said vehicle while in the course of his employment for the defendant, Aaustin Express-Ohio, Inc.

**ANSWER:** Aaustin denies that Codero was an employee of Aaustin Express-Ohio, Inc. By way of further response, Aaustin admits that Codero was operating the vehicle involved in the crash during the course of his employment with Aaustin Express-Ohio, LLC.

4.  That the defendant, Aaustin Express-Ohio, Inc., is liable for damages to plaintiff for all negligent acts committed by its employee, Franklin Codero, in the course of his employment.

**ANSWER:** Aaustin denies that Aaustin Express-Ohio, Inc. is liable and that Codero was an employee of Aaustin Express-Ohio, Inc. By way of further response, Aaustin admits that vicarious liability principles apply with respect to Aaustin, but Aaustin expressly denies that Codero was negligent, and Aaustin expressly denies liability.

5.  That the plaintiff received permanent injuries as a result of the defendants' negligence.

**ANSWER:** Aaustin denies the allegations in Paragraph 5 of Plaintiff's Complaint for Damages.

6.  That the plaintiff has incurred medical expenses and other special

2

expenses in an amount to be proven at the trial of this cause, and will incur future medical expenses, lost wages, and other special expenses, as a direct and proximate result of defendants' negligence.

**ANSWER:** Aaustin denies the allegations in Paragraph 6 of Plaintiff's Complaint for Damages.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's alleged injuries, if any, were caused in whole or in part by Kris Stevens, and any damages awarded to Plaintiff should be diminished in proportion to the amount of causal negligence attributable to Kris Stevens.

2.      Plaintiff has failed to sue a party, namely Kris Stevens, necessary for just adjudication.

3.      Subject to further discovery, Plaintiff may have failed to mitigate his damages.

4.      Subject to further discovery, Plaintiff may have received payments for his alleged injuries from a collateral source to which Aaustin may be entitled to a set off under the law.

5.      Aaustin specifically denies all allegations in the Complaint that were not specifically admitted.

6.      Aaustin reserves the right to amend the foregoing affirmative defenses based upon further investigation and discovery.

## DEMAND FOR TRIAL BY JURY

Aaustin requests this matter be tried by a jury as to all issues.

Respectfully submitted,

WHITTEN LAW OFFICE

*s/Christopher R. Whitten*

Christopher R. Whitten/20429-49
Matthew K. Phillips/28724-49
*Counsel for Defendant,*
*Aaustin Express-Ohio, Inc.*

## CERTIFICATE OF SERVICE

On December 28, 2020, I electronically filed and served the foregoing document through the Indiana ECF system:

Nathan D. Foushee, Esq.
KEN NUNN LAW OFFICE
NathanF@KenNunn.com

*s/Christopher R. Whitten*

Christopher R. Whitten
Matthew K. Phillips

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com